*Isaiah Beasley* and *Hines & Jordan,* for Anderson.

*W. T. Burkhalter,* contra.

---

SAVANNAH ELECTRIC COMPANY *v.* WEST.

HOLDEN, J. There was no error in overruling the demurrer. The evidence supported the verdict, and no error appears requiring a new trial. *Judgment affirmed. All the Justices concur.*

SEPTEMBER 30, 1910.

Damages. Before Judge Charlton. Chatham superior court. March 19, 1909.

*Osborne & Lawrence,* for plaintiff in error.

*Twiggs & Gazan,* contra.